IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ACE MULLIGAN LLC SERIES C, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1547-K |
| | § | |
| STEVEN CREAR, SR., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Defendant filed Objections on June 24, 2025 (ECF No. 8), Plaintiff filed a Response to the Objections on July 1, 2025 (ECF No. 9), and Defendant filed a Reply to Plaintiff's Response on July 3, 2025 (ECF No. 10). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed July 9th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE